## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **ANNETTE YORK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )     **CASE NO. 2:08-cv-348-WKW** |
| | ) |
| **EXTENDED STAY HOTEL,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

On July 12, 2008, the Magistrate Judge filed a Recommendation (Doc. # 5) in this case to which no timely objections have been filed. After an independent review of the file in this case. It is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 5) of the Magistrate Judge is ADOPTED;

2. This case is DISMISSED without prejudice.

An appropriate judgment will be entered.

DONE this 1st day of July, 2008.

                                                     /s/ W. Keith Watkins
                                                   UNITED STATES DISTRICT JUDGE